# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:21-cr-00012 |
| v. | ) | |
| | ) | Judge McDonough/Steger |
| WILLIAM COLEMAN | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 37) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Seven of the ten-count Indictment; (2) accept Defendant's guilty plea to Counts Two and Seven of the ten-count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute 50 grams or more of a methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 846; (4) adjudicate Defendant guilty of possession of a firearm in furtherance of a drug-trafficking crime for which he could be prosecuted in a court of the United States in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Two and Seven of the ten count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Two and Seven of the ten count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute 50 grams or more of a methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 846;

4. Defendant is hereby **ADJUDGED** guilty of possession of a firearm in furtherance of a drug trafficking crime for which he could be prosecuted in a court of the United States in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody pending further order of this Court or sentencing which is scheduled to take place on **August 26, 2022, at 9:00 a.m**., before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE